Whitney (Carlson) Johnson (CA 308024)
Benesch, Friedlander, Coplan & Aronoff LLP
One Market Street
Spear Tower, 36th Floor
San Francisco, California 94105
Telephone:   (628) 600-2250
Facsimile:    (628) 221-5828
wjohnson@beneschlaw.com

J. Erik Connolly (*PHV* IL 6269558)
Kate Watson Moss (*PHV* IL 6321176)
Madhavi Seth (*PHV* IL 6330420)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:   (312) 212-4949
Facsimile:    (312) 767-9192
econnolly@beneschlaw.com
kmoss@beneschlaw.com
mseth@beneschlaw.com

*Attorneys for Defendant*

# IN THE UNITED STATE DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFIN CHERRY HILL LLC, and TIFFIN MOUNT AIRY, LLC, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CAVIAR, INC., d/b/a TRY CAVIAR, <br><br> Defendant. | Case No. 3:20-cv-00403-SK <br><br> **NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE** the address of Whitney (Carlson) Johnson, an attorney at Benesch, Friedlander, Coplan & Aronoff LLP has changed.  The new address is:

> One Market Street
> Spear Tower, 36th Floor
> San Francisco, CA 94105

Please update your records accordingly.

1 | Dated: February 11, 2021
2
3

Respectfully submitted,

*s/ Whitney Johnson*
Whitney (Carlson) Johnson (CA 308024)
Benesch, Friedlander, Coplan & Aronoff LLP
One Market Street
Spear Tower, 36th Floor
San Francisco, California 94105
Telephone:   (628) 600-2250
Facsimile:   (628) 221-5828
wjohnson@beneschlaw.com

J. Erik Connolly (*PHV* IL 6269558)
Kate Watson Moss (*PHV* IL 6321176)
Madhavi Seth (*PHV* IL 6330420)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:   (312) 212-4949
Facsimile:   (312) 767-9192
Email:   econnolly@beneschlaw.com
           kmoss@beneschlaw.com
           mseth@benesch

*Attorneys for Defendant*