Ruby H. Kazi (CA 243872)
Whitney (Carlson) Johnson (CA 308024)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
One Market St.
Spear Tower, 36th Floor
San Francisco, California 94105
Telephone:    (628) 600-2250
Facsimile:    (628) 221-5828
rkazi@beneschlaw.com
wjohnson@beneschlaw.com

J. Erik Connolly (*PHV* IL 6269558)
Kate Watson Moss (*PHV* IL 6321176)
Madhavi Seth (*PHV* IL 6330420)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:    (312) 212-4949
Facsimile:    (312) 767-9192
econnolly@beneschlaw.com
kmoss@beneschlaw.com
mseth@beneschlaw.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFIN CHERRY HILL LLC, and TIFFIN MOUNT AIRY, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAVIAR, INC., d/b/a TRY CAVIAR,<br><br>Defendant. | Case No. 3:20-cv-00403-SK<br><br>**STIPULATION AND ORDER AS MODIFIED TO ALTER CASE MANAGEMENT AND PRE-TRIAL ORDER** |

Defendant Caviar, LLC d/b/a/ Try Caviar ("Defendant" or "Caviar") and Plaintiffs Tiffin Cherry Hill LLC and Tiffin Mt. Airy, LLC ("Plaintiffs" or "Tiffin" and, with Caviar, the "Parties"), by their undersigned counsel, hereby submit this Stipulation and [Proposed] Order to Modify the Case Management and Pre-Trial Order previously entered by the Court on January 12, 2021 (Dkt No. 73).

In support of this Stipulated and [Proposed] Order, the Parties state as follows:

1. On January 21, 2020, Plaintiffs initiated this putative class action against Caviar for breach of contract, conversion, and violations of the California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, et seq. (Dkt. 1).

2. In April 2020, the Parties began discussing early resolution and scheduled a mediation with JAMS to take place on September 20, 2020, which was then rescheduled twice due to events outside of the Parties' control (Dkt. 67, at 2).

3. On April 30, 2020, Caviar moved to dismiss all of Plaintiffs' claims (Dkt. 30), which Plaintiffs opposed (Dkt. 38) and the Court granted with respect to the conversion claim but denied with respect to the breach of contract and UCL claims on May 15, 2020 (Dkt. 41).

4. On May 29, 2020, Plaintiffs served Defendant with their first set of discovery requests.

5. On June 12, 2020, Defendant served its first set of discovery requests on Plaintiffs.

6. On July 13, 2020, Defendant served its objections and responses to Plaintiffs' first set of discovery requests.

7. On July 13, 2020, Plaintiffs also served their objections and responses to Defendants' first set of discovery requests.

8. The Parties subsequently engaged in several meet and confers regarding Plaintiffs' discovery requests and certain of Caviar's objections, and Caviar's counsel requested that the Parties pause full-scale discovery in favor of narrow discovery for purposes of mediation so that Caviar could conserve resources that could otherwise be used for settlement (Dkt. 74, at 2-3).

9. On September 8, 2020, in light of the circumstances, the Court issued an order extending the mediation and case management deadlines (Dkt. 62).

10. On October 29, 2020, the Parties jointly moved to stay all pre-trial deadlines pending mediation (Dkt. 63).

11.     On October 30, 2020, the Court stayed all deadlines, including discovery deadlines, pending the Parties' upcoming mediation. (Dkt. 64, 66).

12.     On December 22, 2020, the Parties engaged in mediation, but the mediation was ultimately unsuccessful (Dkt. 67, at 3).

13.     Following that unsuccessful mediation, on January 12, 2021, the Court entered an Order setting the following deadlines for this action:

    a.     Close of Fact Discovery:  4/8/2021

    b.     Initial Expert Disclosures: 4/22/2021

    c.     Plaintiffs' Motion for Class Certification: 4/22/2021

    d.     Rebuttal Expert Disclosures:  5/19/2021

    e.     Close of Expert Discovery: 5/26/2021

    f.     Defendant's Opposition to Class Certification: 6/8/2021

    g.     Plaintiffs' Reply in Support of Class Certification: 7/16/2021

    h.     Hearing on Class Certification Motion: no later than 8/9/2021

    i.     Dispositive Motion Hearing: 11/22/2021 (9:30 AM)

    j.     Pretrial Conference: 1/21/2022

    k.     Trial:  3/1/2022

14.     On January 25, 2021, the Parties submitted certain discovery disputes to the Court by joint letter (Dkt. 74).

15.     On January 27, 2021, the Court issued an Order resolving these discovery disputes ("Discovery Order") (Dkt. 75).

16.     Pursuant to the Court's February 2, 2021 Order on Motion for Leave to File Reconsideration, on February 8, 2021, Plaintiffs moved for reconsideration of the portion of the Discovery Order limiting the relevant discovery period to "from 2017 onward," and requested that the discovery period commence from January 1, 2014 onward. (Dkt. No. 75, at 2.)

17. On February 17, 2021, the Court issued an Order denying the request without prejudice and provided Plaintiffs leave to renew their motion upon providing support for the earlier discovery period. (Dkt. 82.)

18. On February 26, 2021, Caviar served a second set of discovery requests.

19. On March 5, 2021, Plaintiffs served their second set of discovery requests.

20. On March 14, 2021, new document discovery disputes arose between the Parties, but the Parties are working cooperatively to resolve them without Court intervention.

21. On March 15, 2021, Caviar served its notices of deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) on Plaintiffs.

22. On March 15, 2021, Plaintiffs served their notice of deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) on Caviar.

23. On March 24, 2021, Plaintiffs renewed their motion for reconsideration of the discovery period (Dkt. 84).

24. As the above overview reflects, the Parties have been working diligently to complete document discovery in compliance with the Discovery Order, but based on the volume of discovery, the renewed motion to extend the discovery period, and several discovery issues that have arisen, the Parties anticipate that discovery will take longer than anticipated to complete.

NOW THEREFORE, subject to the approval of the Court, it is hereby agreed by Defendant and Plaintiffs that all pre-trial deadlines and the trial date are extended by six months as follows:

a. Trial Date: September 1, 2022

b. Pretrial Conference: July 7, 2022

c. Summary Judgment Hearing: May 22, 2022

d. Reply in Support of Cross-motion: May 2, 2022

e. Reply and Opposition to Cross-motion: April 26, 2022

f. Opposition and Cross-Motion: April 12, 2022

g. Opening Summary Judgment Motion: March 28, 2022

|   |    |                                          |                    |
|---|----|------------------------------------------|--------------------|
| h.| Class Certification Hearing:             | February 9, 2022   |
| i.| Reply in support of Class Certification: | January 17, 2022   |
| j.| Opposition to Class Certification Motion:| December 8, 2021   |
| k.| Expert Discovery Deadline:               | December 3, 2021   |
| l.| Rebuttal Expert Disclosures:             | November 19, 2021  |
| m.| Class Certification Motion:              | October 29, 2021   |
| n.| Initial Expert Disclosures:              | October 29, 2021   |
| o.| Close of Non-expert Discovery:           | October 22, 2021   |

25. This Stipulated Order may be modified by a Stipulated Order of the Parties or by the Court for good cause shown.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated: March 30, 2021				Respectfully submitted,


*/s/ Ruby H. Kazi*
Ruby H. Kazi (CA 243872)
Whitney (Carlson) Johnson (CA 308024)
Benesch, Friedlander, Coplan & Aronoff LLP
One Market St.
Spear Tower, 36th Floor
San Francisco, California 94105
Telephone:     (628) 600-2250
Facsimile:     (628) 221-5828
rkazi@beneschlaw.com
wjohnson@beneschlaw.com

J. Erik Connolly (*PHV* IL 6269558
Kate Watson Moss (*PHV* IL 6321176)
Madhavi Seth (*PHV* IL 6330420)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  (312) 212-4949
Facsimile:  (312) 767-9192
Email:  econnolly@beneschlaw.com
           kmoss@beneschlaw.com
           mseth@benechlaw.com

*Attorneys for Defendant*

Dated: March 30, 2021                                  Respectfully submitted,

By: /s/ *James C. Shah*
James C. Shah (SBN 260435)
MILLER SHAH LLP
201 Filbert Street, Suite 201
San Francisco, CA  94133
Telephone:  (856) 858-1770
Facsimile:  (866) 300-7367
Email:  jcshah@millerhshah.com

Kolin C. Tang (SBN 279834)
MILLER SHAH LLP
1401 Dove Street, Suite 540
Newport Beach, CA  92660
Telephone:  (325) 510-4060
Facsimile:  (866) 300-7367
Email:  kctang@millershah.com

Catherine Pratsinakis (Admitted PHV)
Jessica L. Titler-Lingle (Admitted PHV)
Timothy J. Ford (Admitted PHV)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone:  (215) 575-7000
Facsimile:  (215) 575-7200
Email: cpratsinakis@dilworthlaw.com
           jtitler-lingle@dilworthlaw.com
           tford@dilworthlaw.com

*Attorneys for Plaintiffs*

The Court HEREBY GRANTS the parties' stipulation as modified.  The Court CONTINUES all dates and deadlines as follows:

|   |   |   |
|---|---|---|
| a. | Trial Date: | September 6, 2022 |
| b. | Pretrial Conference: | August 5, 2022 |
| c. | Summary Judgment Hearing: | May 23, 2022 |
| d. | Reply in Support of Cross-motion: | May 2, 2022 |
| e. | Reply and Opposition to Cross-motion: | April 26, 2022 |

|   |   |   |   |
|---|---|---|---|
| f. | Opposition and Cross-Motion: | | April 12, 2022 |
| g. | Opening Summary Judgment Motion: | | March 28, 2022 |
| h. | Class Certification Hearing: | | February 14, 2022 |
| i. | Reply in support of Class Certification: | | January 17, 2022 |
| j. | Opposition to Class Certification Motion: | | December 8, 2021 |
| k. | Expert Discovery Deadline: | | December 3, 2021 |
| l. | Rebuttal Expert Disclosures: | | November 19, 2021 |
| m. | Class Certification Motion: | | October 29, 2021 |
| n. | Initial Expert Disclosures: | | October 29, 2021 |
| o. | Close of Non-expert Discovery: | | October 22, 2021 |

**IT IS SO ORDERED.**

DATED: March 31, 2021

*[signature: Sallie Kim]*

United States Magistrate Judge Sallie A. Kim