James C. Shah (SBN 260435)
Kolin C. Tang (SBN 279834)
**MILLER SHAH LLP**
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (856) 858-1770
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
       kctang@millershah.com

*Attorney for Plaintiffs*

Ruby H. Kazi (CA 243872)
Benesch, Friedlander, Coplan & Aronoff LLP
One Market Street
Spear Tower, Suite 3600
San Francisco, California 94105
Telephone: (628) 600-2250
Facsimile: (628) 221-5828
rkazi@beneschlaw.com

[Additional Counsel Listed On Signature Page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TIFFIN CHERRY HILL LLC**, and **TIFFIN MOUNT AIRY, LLC**, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CAVIAR, INC.**, d/b/a **TRY CAVIAR**,<br><br>Defendant. | Case No. 3:20-cv-00403<br><br>**(SECOND) JOINT FURTHER CASE MANAGEMENT STATEMENT AND REQUEST TO CONTINUE CONFERENCE**<br><br>Judge:  Hon. Sallie Kim<br><br>Date:   November 22, 2021<br>Time:   1:30 p.m.<br>Place:  Via Court Zoom Conference<br><br>Proposed Date: December 6, 2021 |

JOINT FURTHER CASE MANGEMENT STATEMENT
Case No. 3:20-cv-00403

**JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**

Pursuant to Civil Local Rule 16-10(d) and this Court's November 2, 2021 Order Continuing Case Management Conference (ECF No. 107) for the above-captioned action, Plaintiffs Tiffin Cherry Hill LLC and Tiffin Mount Airy, LLC ("Plaintiffs") and Defendant Caviar, LLC, d/b/a Try Caviar ("Defendant" or "Caviar," and together with Plaintiffs, the "Parties") jointly submit this (SECOND) JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO CONTINUE CONFERENCE.

A. **CASE HISTORY AND STATUS**

On January 21, 2020, Plaintiffs initiated this putative class action against Caviar for breach of contract, conversion, and violations of the California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, et seq., of which the breach of contract and UCL claims were sustained and the conversion claim dismissed upon Caviar's motion to dismiss. (ECF No. 41.)

On October 29, 2020, the Parties jointly moved to stay all pre-trial deadlines pending mediation (ECF No. 63), which was granted (ECF Nos. 64, 66), and the Parties engaged in mediation on December 22, 2020, which was unsuccessful. (ECF No. 67, at 3.)

Following that unsuccessful mediation and the Parties' agreement that all ADR efforts had been exhausted, the Court and the Parties held a case management conference on January 11, 2021 and amended the case schedule. (ECF No. 73.) To accommodate resolution of certain discovery issues that arose and the volume of discovery (ECF Nos. 75, 82, 88), the Court entered an order setting the operative deadlines for fact and expert discovery, class certification and dispositive motion briefing, and trial. (ECF No. 89, at 3-4.)

Since then, the Parties assiduously continued through the discovery process, including voluminous productions of documents and a Fed. R. Civ. P. 30(b)(6) deposition, and worked through other discovery issues with the Court's assistance. (ECF. No. 92, 100.)

On August 9, 2021, the Parties submitted a Joint Further Case Management Statement, updating the Court on the status of the case and informing the Court that the Parties were exploring potential resolution of the matter (ECF No. 101), upon which the Court continued the case management conference set for August 16, 2021 to November 8, 2021. (ECF No. 102.)

On September 20, 2021, the Parties stipulated to a request that the Court enter a 30-day stay of the case to permit more productive discussions. (ECF. No. 103).

On November 1, 2021, the Parties submitted a Joint Further Case Management Statement and Request to Continue Conference (ECF No. 106) for the case management hearing previously scheduled for November 8, 2021, which provided a status update and requested the hearing be continued for two weeks as the Parties were very close to reaching an agreement to settle the matter. On November 2, 2021, the Court granted the request and continued the hearing to November 22, 2021, entered the previously-requested stay until November 21, 2021, and ordered the Parties to file an updated further case management statement by November 15, 2021. (ECF No. 107.)

Since then, the Parties have made much progress but require a little more time to complete their discussion. They are hopeful that they will be able to reach a resolution. Accordingly, the Parties respectfully request a further and *final* two-week continuance to December 6, 2021. The Parties appreciate the Court's patience and indulgence.

A proposed order for that request is filed concurrently.

**B.    CURRENT CASE MANAGEMENT SCHEDULE**

On November 2, 2021, the Court entered a stay until November 21, 2021. (ECF No. 107.) Pursuant to the Court's Order granting the Parties' March 31, 2021 stipulation and request to extend all pre-trial deadlines and the trial date, the current case management schedule was as follows:

a. Trial Date: September 6, 2022
b. Pretrial Conference: August 5, 2022
c. Summary Judgment Hearing: May 23, 2022
d. Reply in Support of Cross-motion: May 2, 2022
e. Reply and Opposition to Cross-motion: April 26, 2022
f. Opposition and Cross-Motion: April 12, 2022
g. Opening Summary Judgment Motion: March 28, 2022
h. Class Certification Hearing: February 14, 2022
i. Reply in support of Class Certification: January 17, 2022
j. Opposition to Class Certification Motion: December 8, 2021

      k.      Expert Discovery Deadline: December 3, 2021

      l.      Rebuttal Expert Disclosures: November 19, 2021

      m.      Class Certification Motion: October 29, 2021

      n.      Initial Expert Disclosures: October 29, 2021

      o.      Close of Non-expert Discovery: October 22, 2021

(ECF No. 89, at 3–4.)

| | |
|---|---|
| Dated: November 15, 2021 | Respectfully submitted, |
| | Miller Shah LLP |
| | By: */s/ Kolin C. Tang*<br>James C. Shah (SBN 260435)<br>Kolin Tang (SBN 279834)<br>201 Filbert Street, Suite 201<br>San Francisco, CA 94133<br>Telephone: (856) 858-1770<br>Facsimile: (866) 300-7367<br>Email: jcshah@millerhshah.com<br>       kctang@millershah.com |
| | Catherine Pratsinakis (Admitted PHV)<br>Jessica L. Titler-Lingle (Admitted PHV)<br>Timothy J. Ford (Admitted PHV)<br>DILWORTH PAXSON LLP<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102<br>Telephone: (215) 575-7000<br>Facsimile: (215) 575-7200<br>Email: cpratsinakis@dilworthlaw.com<br>       jtitler-lingle@dilworthlaw.com<br>       tford@dilworthlaw.com |
| | *Attorney for Plaintiffs Tiffin Cherry Hill LLC and Tiffin Mount Airy, LLC* |

|   |   |
|---|---|
| 1 |  |
| 2 | Benesch Friedlander Coplan & Aronoff LLP |
| 3 | */s/ Ruby H. Kazi*<br>Ruby H. Kazi (CA 243872) |
| 4 | Benesch, Friedlander, Coplan & Aronoff LLP<br>100 Pine Street |
| 5 | Suite 3600<br>San Francisco, California 94111 |
| 6 | Telephone: (628) 600-2250<br>Facsimile: (628) 221-5828 |
| 7 | Email: rkazi@beneschlaw.com |
| 8 | J. Erik Connolly (*PHV* IL 6269558<br>Kate Watson Moss (*PHV* IL 6321176) |
| 9 | Benesch, Friedlander, Coplan & Aronoff LLP<br>71 South Wacker Drive, Suite 1600 |
| 10 | Chicago, Illinois 60606-4637<br>Telephone: (312) 212-4949 |
| 11 | Facsimile: (312) 767-9192<br>Email: econnolly@beneschlaw.com |
| 12 | kmoss@beneschlaw.com |
| 13 | *Attorneys for Defendant* |

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)

The filer attests that the other signatory listed, Ruby H. Kazi, who is the authorized signatory of Defendant, Caviar, LLC, d/b/a Try Caviar, concurs in the filing's content and has authorized the filing.

Dated: November 15, 2021

/s/ Kolin C. Tang
Kolin C. Tang (SBN 279834)
**MILLER SHAH LLP**
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (856) 858-1770
Facsimile: (866) 300-7367
Email: kctang@millershah.com