1  James C. Shah (SBN 260435)
   Kolin C. Tang (SBN 279834)
2  **MILLER SHAH LLP**
3  201 Filbert Street, Suite 201
   San Francisco, CA 94133
4  Telephone: (856) 858-1770
   Facsimile: (866) 300-7367
5  Email: jcshah@millershah.com
            kctang@millershah.com
6

7  *Attorney for Plaintiffs*

8  Ruby H. Kazi (CA 243872)
   Benesch, Friedlander, Coplan & Aronoff LLP
9  One Market Street
   Spear Tower, Suite 3600
10 San Francisco, California 94105
   Telephone: (628) 600-2250
11 Facsimile: (628) 221-5828
12 rkazi@beneschlaw.com

13 [Additional Counsel Listed On Signature Page]

14              **IN THE UNITED STATES DISTRICT COURT**

15             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 16  **TIFFIN CHERRY HILL LLC**, and **TIFFIN MOUNT AIRY, LLC**, on behalf of themselves and all other similarly situated, | Case No. 3:20-cv-00403 |
| 17 | **STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41** |
| 18 | |
| 19         Plaintiffs, | Complaint filed: January 21, 2020 |
| 20         v. | |
| 21  **CAVIAR, INC.**, d/b/a **TRY CAVIAR**, | |
| 22         Defendant. | |

Plaintiffs Tiffin Cherry Hill LLC and Tiffin Mount Airy, LLC ("Plaintiffs") and Defendant Caviar, LLC, d/b/a Try Caviar, through their respective counsel of record, hereby stipulate and agree that, in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), this action shall be dismissed with prejudice and without costs as to Plaintiffs' individual claims.

**IT IS SO STIPULATED.**

Dated: December 13, 2021

Respectfully submitted,

Miller Shah LLP

By: */s/ Kolin C. Tang*
James C. Shah (SBN 260435)
Kolin Tang (SBN 279834)
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (856) 858-1770
Facsimile: (866) 300-7367
Email: jcshah@millerhshah.com
kctang@millershah.com

Catherine Pratsinakis (Admitted PHV)
Jessica L. Titler-Lingle (Admitted PHV)
Timothy J. Ford (Admitted PHV)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Facsimile: (215) 575-7200
Email: cpratsinakis@dilworthlaw.com
jtitler-lingle@dilworthlaw.com
tford@dilworthlaw.com

*Attorney for Plaintiffs Tiffin Cherry Hill LLC and Tiffin Mount Airy, LLC*

| | |
|---|---|
| 1 | |
| 2 | Benesch Friedlander Coplan & Aronoff LLP |
| 3 | */s/ Ruby H. Kazi* |
| 4 | Ruby H. Kazi (CA 243872)<br>Benesch, Friedlander, Coplan & Aronoff LLP |
| 5 | 100 Pine Street<br>Suite 3600 |
| 6 | San Francisco, California 94111<br>Telephone: (628) 600-2250 |
| 7 | Facsimile: (628) 221-5828<br>Email: rkazi@beneschlaw.com |
| 8 | J. Erik Connolly (*PHV* IL 6269558 |
| 9 | Kate Watson Moss (*PHV* IL 6321176)<br>Benesch, Friedlander, Coplan & Aronoff LLP |
| 10 | 71 South Wacker Drive, Suite 1600<br>Chicago, Illinois 60606-4637 |
| 11 | Telephone: (312) 212-4949<br>Facsimile: (312) 767-9192 |
| 12 | Email: econnolly@beneschlaw.com |
| 13 | kmoss@beneschlaw.com |
| 14 | *Attorneys for Defendant* |

STIPULATION OF DISMISSAL
Case No. 3:20-cv-00403                                                                             -3-

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)

The filer attests that the other signatory listed, Ruby H. Kazi, who is the authorized signatory of Defendant, Caviar, LLC, d/b/a Try Caviar, concurs in the filing's content and has authorized the filing.

Dated: December 13, 2021

*/s/ Kolin C. Tang*
Kolin C. Tang (SBN 279834)
**MILLER SHAH LLP**
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (856) 858-1770
Facsimile: (866) 300-7367
Email: kctang@millershah.com